```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ELISHA SHANIQUE BOSTON,                          :
                                                 :
                              Plaintiff,         :
                                                 :        1:13-cv-3271-GHW
              -against-                          :
                                                 :             ORDER
CAROLYN W. COLVIN, Acting Commissioner of        :
Social Security,                                 :
                                                 :
                              Defendant.         :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/15

GREGORY H. WOODS, District Judge:

On March 9, 2015, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation ("Report"). In her Report, Judge Freeman recommended that defendant's cross-motion for judgment on the pleadings be denied and plaintiff's motion for judgment on the pleadings be granted to the extent that the case is remanded. The parties have not filed any objections to the Report, and have therefore waived their right to review by this Court. *See Thomas v. Arn*, 474 U.S. 140, 147–48 (1985); *Mario v. P & C Food Markets*, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court adopts the Report, and, for the reasons stated within it, denies defendant's cross-motion, grants plaintiff's motion for judgment on the pleadings, and remands the case to the Social Security Administration for further proceedings consistent with Judge Freeman's Report.

The Clerk of Court is instructed to close the case.

SO ORDERED.

Dated: March 26, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge